KAREN P. HEWITT
United States Attorney
CARLOS ARGUELLO
Assistant U.S. Attorney
California State Bar No. 157162
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6252
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America

FILED
07 DEC 20 PM 4:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR PERALTA-RAMIREZ (2), <br><br> Defendant. | Criminal Case No. 07cr3104LAB <br><br> **APPLICATION FOR ORDER SHORTENING TIME, DECLARATION, AND ORDER THEREON** <br><br> Date: December 17, 2007 <br> Time: 2:00 p.m. |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and hereby moves this court for an order shortening time to allow the filing of the Government's Response and Opposition. The reasons for the request are stated in the declaration of Carlos Arguello.

Dated: 12-13-07

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ C. Arguello
CARLOS ARGUELLO
Assistant U.S. Attorney