```
KAREN P. HEWITT
United States Attorney
CARLOS ARGUELLO
Assistant U.S. Attorney
California State Bar No. 157162
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6252
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America
```

FILED
07 DEC 20 PM 4:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HECTOR PERALTA-RAMIREZ (2), ) <br> ) <br> Defendant. ) <br> ) <br> ) | Criminal Case No. 07cr3104LAB <br><br> **DECLARATION** <br><br> Date: December 17, 2007 <br> Time: 2:00 p.m. |

I, Carlos Arguello, am the Assistant United States Attorney assigned to prosecute the above-entitled case. I am requesting an order shortening time for the following reasons:

1. Based on my discussions with all counsel, I anticipated that all defendants would have pled guilty before a magistrate the week of December 10th and before the instant motion hearing date.

2. I tried a case before a jury this week in <u>U.S. v. Alonso Ceniseros</u>, 07cr1822H. My preparation in that case caused delay in preparing all the plea agreements in the instant case.

3. I apologize for and regret any inconvenience that the late

1 | response will cause the Court.
2 | ///
3 | ///
4 | ///
5 | ///

CARLOS ARGUELLO
ASSISTANT U.S. ATTORNEY