```
KAREN P. HEWITT
United States Attorney
CARLOS ARGUELLO
Assistant U.S. Attorney
California State Bar No. 157162
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6252
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America
```

FILED

07 DEC 20 PM 4:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3104LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HECTOR PERALTA-RAMIREZ (2), | ) | Date: December 17, 2007 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | |

Upon application of the United States and good cause appearing therefor,

IT HEREBY IS ORDERED that the United States may file its Response and Opposition on December 13, 2007.

DATED: 12-14-07

_Larry A. Burns_
**HONORABLE LARRY A. BURNS**
**UNITED STATES DISTRICT COURT JUDGE**