UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Ramon Barrera-Beccera, ) <br> et al. ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07CR3104-LAB <br> 07MJ8891 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Ursino Vasquez-Ambrosio

DATED: 5-1-08

RECEIVED _____
                DUSM

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk